UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 6: 13-026-DCR |
| V. | ) ) | |
| MICHAEL WESLEE JENT, | ) ) | **MEMORANDUM ORDER** |
| Defendant. | ) ) | |

*** *** *** ***

Defendant Michael Jent has filed a *pro se* motion asking the Court to reconsider its decision denying his October 2015 motion to reduce his sentence. [Record No. 228] His request will be denied.

Jent directed and funded a conspiracy to distribute oxycodone in Southeastern Kentucky. [Presentence Investigation Report ("PSR"), p. 3-6] He pled guilty to conspiring to distribute oxycodone in violation 21 U.S.C. §§ 846 and 841(b)(1)(C) on February 7, 2014. [Record No. 139] Jent was sentenced to a 140-month term of imprisonment, a five-year term of supervised release, and required to pay a $5,000.00 fine. [Record No. 179] His base offense level was determined to be 32 under the 2013 United States Sentencing Guidelines. Jent received a four-level increase for his leadership role in the conspiracy, but a three-level decrease for acceptance of responsibility. [PSR, p. 7] His total offense level was calculated to be 33, resulting in a guidelines range of 135 to 168 months imprisonment. [PSR, p. 12]

The United States Sentencing Commission amended the Sentencing Guidelines in 2014, reducing by two levels the base offense level for most drug offenses. *See* U.S.S.G.

Amend. 782. Jent moved for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 in October 2015. [Record No. 214] Although the amendment decreased his total offense level to 31 (yielding a reduced guideline range of 108 to 135 months of imprisonment), Jent was not entitled to a sentence reduction in light of the § 3553(a) factors. [Record No. 215] The Court explained, in part, that Jent was "integral part of importing and distributing large amounts of oxycodone into Southeastern Kentucky." [Record No. 215, p. 4] Jent appealed the denial of his motion for a reduction of his sentence, but the United States Court of Appeals for the Sixth Circuit affirmed this Court's decision. [Record No. 223]

Jent filed the instant motion, asking the Court reconsider the denial of his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) and Amendment 782 of the United States Sentencing Guidelines. [Record No. 228] He asserts that he has changed and demonstrated a need for forgiveness. Jent's present motion is time-barred, but even if it was timely, a reduction in the sentence previously imposed would be inappropriate.

"Only a motion filed within the time for appeal acts as a genuine request for reconsideration." *United States v. Redd*, 630 F.3d 649, 650 (7th Cir. 2011) (referencing *United States v. Healy*, 376 U.S. 75, 77-78 (1964)). Jent had fourteen days to file a motion to reconsider the denial of his October 2015 motion for a reduction of sentence, instead he waited three years. *See* Fed. R. App. P. 4(b)(1)(A) (explaining the time to file a notice of appeal in a criminal case is within 14 days).

Jent's motion would fail on the merits even if it had been timely filed. Once again, the undersigned notes that a reduction of Jent's sentence would not promote the statutory goals of § 3553(a). Jent was an integral part in the conspiracy and drug trafficking crimes carry an inherent risk of violence. A reduction of his sentence would not promote respect for the law

or protect the public. Jent's sentence also reflects his leadership role in organizing and funding the conspiracy's activities. A reduction in his sentence would unduly diminish the seriousness of the offense and would not adequately serve as a deterrent.

Finally, to the extent that Jent seeks relief under the First Step Act, his request will be denied. Jent was convicted of conspiring to distribute oxycodone in May 2014. [Record No. 179] Having reviewed the provisions of the First Step Act, none applies here. *See* First Step Act of 2018, Pub. L. 115-391, 132 Stat. 5194. Accordingly, it is hereby

**ORDERED** that Defendant Michael Jent's motion to reconsider the denial of his motion for a reduction of his sentence [Record No. 228] is **DENIED.**

Dated: February 25, 2019.

Signed By:
*Danny C. Reeves*
United States District Judge